

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*Superseded By*
*Baxter Co, art. 29-d V.C*

Honorable John R. Shook
Criminal District Attorney
San Antonio, Texas

Dear Sir:                    Attention: Jay Sam Levey, Assistant.

Opinion No. O-2793
Re: Whether the 1940 census is now
effective relating to Article
6243a and the City of San Antonio.

Your letter of September 26, 1940, requests an opinion from this department upon the question stated by you as follows:

"Does Article 6243a, providing for pensions for firemen and policemen in cities having a population of 240,000 to 275,000, now apply to the City of San Antonio?"

Your letter states that:

"According to the preliminary report of the director of the 1940 census for this district, the population of the city of San Antonio is in excess of 240,000, the population being 253,143."

Upon the authority of the cases of Holcomb v. Spikes, 232 S. W. 891, and Irwin v. State, 44 S. W. (2d) 380, cited by you in your letter, this department held in Opinion No. O-2337 that the 1940 census becomes effective, appertaining to population bracket statutes, upon the preliminary announcement of the census by the director thereof. These cases establish the proposition that this announcement is an official one of which the public and all officials may take notice. We are enclosing a copy of this opinion wherein these cases are fully discussed.

It follows that the application of population bracket statutes to the city of San Antonio is controlled by the population of the city as determined by the preliminary announcement of the 1940 census. According to this announcement, the city

Honorable John R. Shook, Page 2

of San Antonio has a population of 253,145, and since Article 6243a, Vernon's Annotated Civil Statutes, applies to cities having a population of more than 240,000 inhabitants and less than 275,000 inhabitants, your question is accordingly answered in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Zollie C. Steakley
Assistant

ZCS:RS

APPROVED OCT 8, 1940

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION COMMITTEE
BY
CHAIRMAN